# MINUTES

CASE NUMBER:          CIVIL NO. 08-00150JMS-LEK

CASE NAME:            Richard I. Dan vs. Albar Precisous Metal Refining, Inc., et al.


ATTYS FOR PLA:        Paul Maki

ATTYS FOR DEFT:       John R. Lacy
                      Hara K. Jacobs

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:     In Chambers-No
                                                     Record; FTR-
                                                     Courtroom 7


DATE:     09/21/2009                   TIME:         9:35-11:50; FTR
                                                     (11:54-12:02)

---

COURT ACTION:   EP: Further Settlement Conference held.  Hara K. Jacobs participated by phone.  Settlement reached.

Settlement on the Record held.  Terms stated. Trial date and all deadlines are Vacated. Pending motions terminated. Magistrate Judge Leslie E. Kobayashi to recommend to Judge J. Michael Seabright to enter Order for Dismissal in 30 days.

Submitted by: Warren N. Nakamura, Courtroom Manager