IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD I. DAN | ) | CIVIL NO.  08-00150 JMS-LEK |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| ALBAR PRECIOUS METAL REFINING, INC. AND CASH4GOLD, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER OF DISMISSAL**

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within sixty days of this Order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, October 23, 2009.



  /s/ J. Michael Seabright
 J. Michael Seabright
 United States District Judge