AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD I. DAN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | CIVIL NO. 08-00150 JMS-LEK |
| V. | |
| ALBAR PRECIOUS METAL REFINING, INC. AND CASH4GOLD, LLC, | |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED at this action is hereby dismissed with prejudice, pursuant to the "Order of Dismissal" issued by District Judge J. Michael Seabright on October 23, 2009.

| | |
|---|---|
| October 23, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by BA |
| | (By) Deputy Clerk |